**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHERYL BESSER, individually and
on behalf of all others similarly
situated,

        Plaintiff,

v.

TCF NATIONAL BANK,

        Defendant.

Case No.: 2:13-cv-11564

Honorable Bernard A. Friedman

## **STIPULATION OF DISMISSAL AND PROPOSED ORDER**

Plaintiff Cheryl Besser ("Plaintiff") and Defendant TCF National Bank ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged class members.  No motion for class certification has been filed and no class has been certified in this action.  Accordingly, class notice and Court approval of the settlement are not required under Fed R. Civ. P. 23(e).

In accordance with the terms of their Confidential Settlement Agreement and Release dated as of September 20, 2013, the parties request that the Court

enter the attached Order dismissing with prejudice Plaintiff Cheryl Besser's individual claims and dismissing without prejudice the claims of any alleged class members, and retaining jurisdiction to interpret and enforce the terms of the Confidential Settlement Agreement and Release entered into by the parties.

STIPULATED:

| CARLSON LYNCH LTD | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
|---|---|
| By: /s/ *Sunshine R. Fellows* <br> Sunshine R. Fellows <br> CARLSON LYNCH LTD <br> PNC Park <br> 115 Federal Street, Suite 210 <br> Pittsburgh, PA  15212 <br> (412) 322-9243 <br> (412) 231-0246 (fax) | By: /s/ *Norman C. Ankers* <br> Norman C. Ankers  (P30533) <br> 2290 First National Building <br> 660 Woodward Avenue <br> Detroit, MI  48226 <br> (313) 465-7306 <br> (313) 465-7307 (fax) <br> nankers@honigman.com |
| Daniel O. Myers  (P49250) <br> 100 Park Street <br> Traverse City, MI  49684 <br> (231) 929-0500 ext. 122 <br> (231) 929-0504 (fax) <br> dmyers@domlawoffice.com <br><br> *Attorneys for Plaintiff* | Roy W. Arnold <br> REED SMITH LLP <br> Of Counsel <br> 225 Fifth Avenue, Suite 1200 <br> Pittsburgh, PA  15222 <br> (412) 288-3131 <br> (412) 288-3063 (fax) <br> PA I.D. No. 70544 |
| Dated:  September 25, 2013 | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

>                            */s/ Sunshine R. Fellows*
>                            Sunshine R. Fellows